IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. HELLER,

    Petitioner,                    No. CIV S-05-2518 LKK PAN P

    vs.

K. POWERS-MENDOZA,              ORDER

    Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254, has filed a motion for leave to proceed in forma pauperis[1] and a motion for appointment of counsel.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, petitioner's motion for leave to proceed in forma pauperis will granted. See 28 U.S.C. § 1915(a).

        In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Petitioner's motion for appointment

---

[1] Petitioner paid the $5.00 filing fee when he filed this action.

1

of counsel will therefore be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's January 17, 2006 motion for leave to proceed in forma pauperis is granted.

2. Petitioner's January 27, 2006 motion for appointment of counsel is granted.

3. The Federal Defender is appointed to represent petitioner.

4. The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender.

5. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

6. A status conference is set for April 13, 2006, at 11:00 a.m. in Courtroom # 25.

7. All parties shall appear at the status conference by counsel.

8. Fourteen days prior to the conference, the parties shall file and serve status reports which address the timing and order of the following matters:

    a. Discovery and investigations;

    b. Anticipated motions;

    c. The need for and timing of an evidentiary hearing;

    d. Enumeration and resolution of unexhausted claims; and

    e. Possible future amendments to the pleadings.

The parties are advised that failure to timely file a status report may result in sanctions.

DATED: February 23, 2006.

UNITED STATES MAGISTRATE JUDGE

12;hell2518.110a