IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. HELLER,

    Petitioner,　　　　　　　　　No. CIV S-05-2518 LKK PAN P

    vs.

K. POWERS-MENDOZA,

    Respondent.　　　　　　　　　<u>ORDER</u>

_____/

    Petitioner is a state prisoner who, through counsel, seeks a writ of habeas corpus. See 28 U.S.C. § 2254. He alleges the decision finding him unsuitable for parole violated his rights. The court set this matter for a status conference April 13, 2006. On March 30, 2006, petitioner filed a status report stating he intends to request leave to conduct discovery. On April 3, 2006, respondent moved to dismiss this action for lack of subject matter jurisdiction and requested that the court vacate the status conference date. Resolution of the jurisdictional question should precede the scheduling of this case.

/////

/////

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that the April 3, 2006, request to vacate
2 the status conference is granted, and the April 13, 2006, hearing date is vacated.
3 DATED: April 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004\hell2158.vacate status hearing