IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. HELLER,

    Petitioner,                    No. CIV S-05-2518 LKK EFB P

    vs.

K. POWERS-MENDOZA, et al.,

    Respondents.             ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On June 22, 2007, petitioner requested an extension of time to file a reply to the answer. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's June 22, 2007, request is granted and petitioner has 30 days from the date this order is served to file a reply to the answer.

Dated: July 2, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE