IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. HELLER,

    Petitioner,           No. 2:05-cv-2518 LKK KJN P

  vs.

K. POWERS-MENDOZA,

    Respondent.         ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On November 22, 2010, the undersigned adopted the October 1, 2010 findings and recommendations on the merits and rejected them as to relief. On December 22, 2010, petitioner filed a motion for certificate of appealability as to his cross-appeal insofar as the court denied all of the remedy he requested. Good cause appearing, petitioner's motion will be granted.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Petitioner's December 22, 2010 motion for certificate of appealability is granted.

2. A certificate of appealability is issued pursuant to 28 U.S.C. § 2253 and <u>Slack v. McDaniel</u>, 529 U.S. 473, 484-85 (2000); jurists of reason would find it debatable whether petitioner is entitled to the reduction in petitioner's parole period by applying against it the time petitioner spent incarcerated as a result of the unlawful taking of the parole date by the governor.

DATED:   January 10, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT